NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Craig J. Mariam (SBN: 225280)
Allison J. Fernandez (SBN: 272853)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043

ATTORNEY(S) FOR: Keivan Sarraf, DDS, Inc. and Keivan Sarraf, DDS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ryoo Dental, Inc. d/b/a/ Ryoo Dental, individually and on behalf of all other similarly situated,<br>Plaintiff(s),<br>v.<br>Keivan Sarraf, DDS, Inc., d/b/a Kairos Dental Laboratory and d/b/a Kairos Dental Lab, and Keivan Sarraf, DDS<br>Defendant(s) | CASE NUMBER:<br>8:17-cv-00102<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Keivan Sarraf, DDS, Inc. and Keivan Sarraf, DDS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Ryoo Dental, Inc. d/b/a Ryoo Dental | Plaintiff |
| Keivan Sarraf, DDS, Inc. and Keivan Sarraf, DDS | Defendants |

June 16, 2017
Date

/s/ Allison J. Fernandez
Signature

Attorney of record for (or name of party appearing in pro per):

Keivan Sarraf, DDS, Inc. and Keivan Sarraf, DDS