Seth M. Lehrman (SBN: 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorney for Plaintiff
Ryoo Dental, Inc. d/b/a/ Ryoo Dental

Craig J. Mariam (SBN: 225280)
cmariam@gordonrees.com
Allison J. Fernandez (SBN: 272853)
afernandez@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: 213-576-5000
Facsimile: 877-306-0043

Attorneys for Defendants
Keivan Sarraf, DDS, Inc. and Keivan Sarraf, DDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KEIVAN SARRAF, DDS, INC. d/b/a KAIROS DENTAL LABORATORY and d/b/a KAIROS DENTAL LAB, and KEIVAN SARRAF, DDS,<br><br>Defendants. | Case No. 8:17-cv-00102-JVS-DFM<br><br>Class Action<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: James V. Selna<br><br>Complaint Filed: 01/20/2017<br>Trial Date: 10/09/2018 |

It is hereby stipulated and agreed, by and among the parties hereto, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental ("Plaintiff") voluntarily dismisses with prejudice the complaint and all claims alleged therein in its individual capacity against Defendants Keivan Sarraf, DDS, Inc. d/b/a Kairos Dental Laboratory and d/b/a Kairos Dental Lab, and Keivan Sarraf, DDS. ("Defendants") and dismisses all class claims alleged against Defendants without prejudice. Each party shall each bear its own fees and costs. The Court shall retain jurisdiction to enforce an agreement between the Parties.

**SO STIPULATED.**

DATED: July 6, 2018 EDWARDS POTTINGER LLC

By: */s/ Seth Lehrman*
Seth Lehrman
Attorney for Plaintiff
RYOO DENTAL, INC. D/B/A/ RYOO DENTAL

DATED: July 6, 2018 BLANK ROME LLP

By: /s/ *Craig J. Mariam*
Craig J. Mariam
Allison J. Fernandez
Attorneys for Defendants
KEIVAN SARRAF, DDS, INC. d/b/a KAIROS DENTAL LABORATORY and d/b/a KAIROS DENTAL LAB, and KEIVAN SARRAF, DDS

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Craig J. Mariam, attorney for Defendant, and that I obtained Mr. Mariam's authorization to file this document.

By: */s/ Seth Lehrman*
Seth Lehrman