JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO DENTAL, individually and on behalf of all others similarly situated, | Case No. 8:17-cv-00102-JVS-DFM |
| | Class Action |
| Plaintiff, | **ORDER STIPULATION FOR DISMISSAL** |
| vs. | Judge:    James V. Selna |
| KEIVAN SARRAF, DDS, INC. d/b/a KAIROS DENTAL LABORATORY and d/b/a KAIROS DENTAL LAB, and KEIVAN SARRAF, DDS, | Complaint Filed:        01/20/2017 Trial Date:               10/09/2018 |
| Defendants. | |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

1.  The Stipulation is GRANTED.

2.  The above-entitled action is hereby dismissed with prejudice as to Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental ("Plaintiff"), in its individual capacity against Defendants Keivan Sarraf, DDS, Inc. d/b/a Kairos Dental Laboratory and d/b/a Kairos Dental Lab, and Keivan Sarraf, DDS. ("Defendants").

3.  The above-entitled action is hereby dismissed without prejudice as to all class claims alleged against Defendants.

1        4.   Each party shall bear their own attorney's fees, costs and expenses.

2

3        SO ORDERED.

4  DATED: July 09, 2018_____

5

6                            By: _____

7                                HON. JAMES V. SELNA
                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER STIPULATION OF DISMISSAL**